# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00219-SAB-1 |
|---|---|
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO TRANSFER FUNDS TO CLERK OF COURT WHERE CHARGES ARE PENDING |
| v. | |
| ROGELIO VELASQUEZ, | |
| Defendant. | |

On November 25, 2019, a detention hearing was held as to Rogelio Velasquez ("Defendant") before United States Magistrate Judge Barbara A. McAuliffe. (ECF No. 5.) Defendant was ordered released on a one-thousand-dollar ($1,000) cash bond and was ordered to report to the District of New Mexico where charges were pending. (Id.) On November 26, 2019, Defendant posted cash bonds in the amount of one-thousand dollars ($1,000). (ECF Nos. 6, 8.)

IT IS HEREBY ORDERED that the Clerk of the Court is directed to transfer the bond deposited in the registry of this Court, plus accrued interest, to the Clerk of the Court in the District where the charges are pending.

IT IS SO ORDERED.

Dated: __December 29, 2020__

UNITED STATES MAGISTRATE JUDGE

1